IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FLEMING COMPANIES, INC., *et al.*, | : | Case No. 03-10945 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |

### NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(b) and Federal Rules of Bankruptcy Procedure 8001 and 8003, Selby's Market, Inc., by and through its undersigned counsel, hereby give notice of appeal to the United States District Court for the District of Delaware from the Order of the Bankruptcy Court entitled "Order Regarding The PCT's Motion for an Order Compelling Arbitration of Claims Relating to Supply Agreement and Staying Certain State Court Proceedings".

The names of the parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Attorneys:** |
|---|---|
| **Appellant: Selby's Market, Inc.** | Frederick B. Rosner, Esquire (No. 3995)<br>Jaspan Schlesinger Hoffman LLP<br>913 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 351-8000 |
| | - and - |
| | Neal M. Rosenbloom, Esquire<br>Sarit R. Shmulevitz, Esquire<br>Finkel Goldstein Rosenbloom & Nash LLP<br>26 Broadway, Suite 711<br>New York, NY 10004<br>(212) 344-2929 |

#14963.1

| | |
|---|---|
| **Appellee:  PCT** | David M. Fournier, Esquire |
| | Pepper Hamilton LLP |
| | 1313 North Market Street |
| | Suite 5100 |
| | Wilmington, DE  19801 |
| | (302) 777-6500 |

Dated: September 23, 2005

                                    **JASPAN SCHLESINGER HOFFMAN LLP**

By:    */s/  Frederick B. Rosner*
            Frederick B. Rosner (No. 3995)
            913 North Market Street, 12th Floor
            Wilmington, DE  19801
            Telephone:  (302) 351-8000
            Facsimile:   (302) 351-8010

            - and -

**FINKEL GOLDSTEIN ROSENBLOOM
& NASH LLP**
Neal M. Rosenbloom, Esquire
Sarit R. Shmulevitz, Esquire
26 Broadway, Suite 711
New York, NY  10004
Telephone:  (212) 344-2929
Facsimile:   (212) 422-6836

Attorneys for Selby Market, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FLEMING COMPANIES, INC., *et al.*, | : | Case No. 03-10945 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |

**CERTIFICATE OF SERVICE**

      I, Frederick B. Rosner, Esquire, hereby certify that on the 23rd day of September 2005, I caused a true and correct copy of both the *Notice of Appeal* to be served upon the parties listed below in the manner indicated:

***Via First Class Mail***
David M. Fournier, Esquire
Pepper Hamilton LLP
1313 North Market Street
Suite 5100
Wilmington, DE  19801


Dated: September 23, 2005
      Wilmington, Delaware    **JASPAN SCHLESINGER HOFFMAN LLP**


      By:    /s/ Frederick B. Rosner
                Frederick B. Rosner (No. 3995)
                913 N. Market Street, 12th Floor
                Wilmington, Delaware 19801
                Telephone: (302) 351-8000
                Facsimile: (302) 351-8010

                Attorneys for Selby Market, Inc.

#14972.1