IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FLEMING COMPANIES, INC., *et al.*, | : | Case No. 03-10945 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |

**NOTICE OF *AMENDED* APPEAL**

Pursuant to 28 U.S.C. § 158(a)[1] and Federal Rules of Bankruptcy Procedure 8001 and 8003, Selby's Market, Inc., by and through its undersigned counsel, hereby give notice of appeal to the United States District Court for the District of Delaware from the Order of the Bankruptcy Court entitled "Order Regarding The PCT's Motion for an Order Compelling Arbitration of Claims Relating to Supply Agreement and Staying Certain State Court Proceedings".

The names of the parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Party**

**Appellant: Selby's Market, Inc.**

**Attorneys:**

Frederick B. Rosner, Esquire (No. 3995)
Jaspan Schlesinger Hoffman LLP
913 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000

- and -

Neal M. Rosenbloom, Esquire
Sarit R. Shmulevitz, Esquire
Finkel Goldstein Rosenbloom & Nash LLP
26 Broadway, Suite 711
New York, NY 10004
(212) 344-2929

---

[1] This Notice of Amended Appeal is filed to correct a minor and inadvertent mistake in the original Notice [Docket No. 11767] made by Delaware counsel. The original Notice referenced 28 U.S.C. § 158(b); this amendment makes clear that this appeal is pursuant to 28 U.S.C. **§ 158(a)**.

#15072.1

| | |
|---|---|
| **Appellee: PCT** | David M. Fournier, Esquire<br>Pepper Hamilton LLP<br>1313 North Market Street<br>Suite 5100<br>Wilmington, DE 19801<br>(302) 777-6500 |

Dated: October 3, 2005

                **JASPAN SCHLESINGER HOFFMAN LLP**

By:   /s/ *Frederick B. Rosner*
       Frederick B. Rosner (No. 3995)
       913 North Market Street, 12th Floor
       Wilmington, DE 19801
       Telephone: (302) 351-8000
       Facsimile: (302) 351-8010

       - and -

**FINKEL GOLDSTEIN ROSENBLOOM & NASH LLP**
Neal M. Rosenbloom, Esquire
Sarit R. Shmulevitz, Esquire
26 Broadway, Suite 711
New York, NY 10004
Telephone: (212) 344-2929
Facsimile: (212) 422-6836

Attorneys for Selby Market, Inc.