# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

In re:

FLEMING COMPANIES, INC., *et al.*,

Debtors[1]

Chapter 11

Case No. 03-10945 (MFW)
(Jointly Administered)

### ORDER REGARDING
### THE PCT'S MOTION FOR AN ORDER COMPELLING
### ARBITRATION OF CLAIMS RELATING TO SUPPLY
### AGREEMENT AND STAYING CERTAIN STATE COURT PROCEEDINGS
(Re Docket Nos. 9909 and 1003)

AND NOW this 16 day of September, 2005, upon consideration of the Post Confirmation

Trust's ("PCT") Motion For An Order Compelling Arbitration Of Claims Relating To Supply

Agreement And Staying Certain State Court Proceeding, dated December 24, 2004 (Docket No.

9909) and upon reading and filing Selby's Market, Inc.'s Objection to the Motion brought by the

PCT dated February 8, 2005 (Docket 10003) and said Motion having come on to be heard before the

Court on July 26, 2005 and after hearing argument of counsel, and upon the record compiled at the

hearing:

ORDERED that Debtors' rejection of the Supply Agreement by and between Fleming

Companies, Inc. and Selby's Market, Inc dated March 1, 1996 (the "Supply Agreement") in

accordance with 11 U.S.C. § 365 is not a termination ~~or rejection of the arbitration clause contained~~

~~in~~ the Supply Agreement, and the arbitration clause is otherwise enforceable by the PCT; and

but is simply a breach of that Agreement as of the Petition Date (§365(g)),

---

[1] The Debtors are the following entities: Core-Mark International, Inc.; Fleming Companies, Inc.; ABCO Food
Group, Inc.; ABCO Markets, Inc.; ABCO Realty Corp.; ASI Office Automation, Inc.; C/M Products, Inc.;
Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; Dunigan Fuels, Inc.; Favor
Concepts, Ltd.; Fleming Foods Management Co., O.K., Fleming Foods of Texas, L.P.; Fleming International,
Ltd.; Fleming Supermarkets of Florida, Inc.; Fleming Transportation Services, Inc.; Food 4 Less Beverage
Company, Inc.; FueJserv, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise
Ventures Company, Inc.; Minter-Weisrnan Co.; Piggly Wiggly Company; Progressive Realty, Inc.; Rainbow
Food Group, Inc.; Retail Investments, Inc.; Retail Supermarkets, Inc.; RFS Marketing Services, Inc.; and
Richmar Foods, Inc. (collectively, the "Debtors").

ORDERED that only matters relating to the sale of food, groceries and related products and merchandise by Fleming to Selby's Market Inc. (and Selby's Market, Inc.'s defenses thereto) as set forth within the Supply Agreement are subject to arbitration; and it is further

ORDERED that in furtherance of the decretal paragraph set forth above two certain promissory notes dated October 30, 1996 executed by Selby's Market, Inc. and payable to the Fleming Companies, Inc are not subject to the arbitration clause contained in the Supply Agreement.

BY THE COURT

Mary F. Walrath
United States Bankruptcy Judge