IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| FLEMING COMPANIES, INC., et al., | : | Case No. 03-10945 (MFW) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL**

Pursuant to 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8006, Selby's Market, Inc., by and through its undersigned counsel, hereby designates the following items to be included in the record on appeal and a statement of the issues to be presented on said appeal.

DESIGNATION OF RECORD ON APPEAL:

1.  Post Confirmation Trust ("PCT") Motion For An Order Compelling Arbitration of Claims Relating to Supply Agreement and Staying Certain State Court Proceeding, dated December 24, 2004 (Docket No. 9909)

2.  Selby's Market, Inc.'s Objection to the Motion brought by the PCT dated February 8, 2005 (Docket 10003) and Exhibits contained therein.

3.  Transcript compiled at hearing held before Honorable Mary F. Walrath on July 26, 2005 in connection with Fleming Companies, Inc.'s request for an order to compel arbitration.

#15068.1

4. Order of the United States Bankruptcy Court to the District of Delaware dated September 16, 2005 granting PCT's Motion for an Order Compelling Arbitration of Claims Relating to Supply Agreement and Staying State Court Proceedings.

STATEMENT OF ISSUED PRESENTED ON APPEAL:

1. May a Chapter 11 Debtor reject an executory agreement under 11 U.S.C.§ 365 and after rejecting such executory agreement, enforce provisions within that rejected executory agreement which it finds to be favorable while otherwise being released of its obligations under the rejected executory agreement?

Dated: October 3, 2005

JASPAN SCHLESINGER HOFFMAN, LLP

By: /s/ Frederick B. Rosner
Frederick B. Rosner (No. 3995)
913 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8010

- and -

FINKEL GOLDSTEIN ROSENBLOOM
& NASH LLP
Neal M. Rosenbloom, Esq.
Sarit R. Shmulevitz, Esq.
26 Broadway, Suite 711
New York, NY 10004
Telephone: (212) 344-2929
Facsimile: (212) 422-6836

Attorneys for Appellant – Selby's Market, Inc.