## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

IN RE: Fleming Companies, Inc., et al

---

| | |
|---|---|
| Selby's Market, Inc., ) | |
| ) | |
| Appellant, ) | |
| v. ) | Civil Action No. 05-749 (SLR) |
| ) | |
| PCT, ) | |
| ) | |
| Appellee. ) | Bankruptcy Case No. 03-10945 |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Beauchamp M. Patterson to represent Appellee, PCT in this matter.

Dated this 4th day of November, 2005.

James E. O'Neill, Esq., Delaware Bar No. 4042
Pachulski, Stang, Ziehl, Young, Jones & Weintraub,
Professional Corporation
919 N. Market St., 17th Floor
P. O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100

ATTORNEYS FOR APPELLEE, PCT

1620217_1.DOC

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Oklahoma, the United States District Court for the Western District of Oklahoma, the United States District Court for the Northern District of Oklahoma, and the United States District Court for the Eastern District of Oklahoma. Pursuant to Local Rule 83.6 I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court's office upon the filing of this motion.

Dated this 2nd day of November, 2005.

Beauchamp M. Patterson, Esq., OBA#19188
McAfee & Taft
A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621

ATTORNEYS FOR APPELLEE, PCT

1620217_1.DOC