IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: Fleming Companies, Inc., et al.,[1]

| | | |
|---|---|---|
| Selby's Market, Inc. | ) | Civil Action No. 05-749 (SLR) |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PCT, | ) | Bankruptcy Case No. 03-10945 |
| | ) | **Related Docket No.: 5** |
| Appellee. | ) | |

## ORDER PURSUANT TO LOCAL DISTRICT
## COURT RULE 83.5(c) FOR ADMISSION *PRO HAC VICE*

Upon consideration of the Motion for Admission *Pro Hac Vice* Appearance of Attorney Beauchamp M. Patterson, (Docket No. 5) it is hereby:

ORDERED that Mr. Patterson may file pleadings and appear and be heard at hearings in this civil action and any and all proceedings arising therein.

Wilmington, Delaware

Dated: November 9, 2005

_____
The Honorable Sue L. Robinson, Chief Judge
United States District Court

---

[1] The former Debtors whose cases are still open are: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.

DOCS_DE:112903.1