IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Bankruptcy Case No. 03-10945 |
| FLEMING COMPANIES, INC., et al. | : | |

_____

| | | |
|---|---|---|
| SELBY'S MARKET, INC., | : | |
| | : | Civil Action No. 05-749 (SLR) |
|      Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| PCT, | : | |
| | : | |
|      Appellee. | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Neal M. Rosenbloom to represent Appellant Selby's Market, Inc. in this matter.

Dated: November 21, 2005

                                            JASPAN SCHLESINGER HOFFMAN LLP

                            By:   /s/ Frederick B. Rosner
                                   Frederick B. Rosner (No. 3995)
                                   913 Market Street, 12th Floor
                                   Wilmington, DE 19801
                                   Telephone: (302) 351-8000
                                   Facsimile: (302) 351-8010



RECEIVED
NOV 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

                                   Counsel for Appellant

**ORDER GRANTING MOTION**

     IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: November __, 2005             _____
                                              United States District Judge

15582

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the U.S. District Court for Southern, Northern and Eastern Districts of New York, and the U.S. Court of Appeals, Second Circuit pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: November 17, 2005
New York, NY

FINKEL GOLDSTEIN ROSENBLOOM & NASH, LLP

_____
Neal M. Rosenbloom
26 Broadway
New York, NY 10004
(212) 344-2929 Telephone

Counsel for Appellant

15582