# BIFFERATO GENTILOTTI
## BIDEN & BALICK

January 6, 2006

ICB@bgbblaw.com
Direct Dial: (302) 429-0907
Direct Fax: (302) 792-7470

**VIA E-FILE AND HAND DELIVERY**
The Honorable Sue L. Robinson
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Lockbox 31
Wilmington, DE 19801

Re:   *Selby's Market, Inc. v. PCT*
      *Civil Action No.: 05-749*

Chief Judge Robinson:

     Our office received letters from both Neal Rosenbloom, counsel for Selby's Market, Inc., the Appellant and James O'Neill, counsel for the Appellee, PCT requesting that the appeal of this matter proceed directly and not be subject to the mediation program. It is suggested by Mr. O'Neill that this appeal involves a question of law and is not capable of resolution through compromise and, therefore, is not a proper matter for the mediation program.

     Given the forgoing, I have not scheduled this matter for a mediation proceeding. I leave it to the parties to request the appropriate relief from the Court to remove this matter from the Court's mediation process. I will await further

BIFFERATO, GENTILOTTI, BIDEN & BALICK
January 6, 2006
PAGE 2

instruction from the Clerk's office as to the disposition of this appeal before I take any action. Of course, I am available at the Court's convenience and I will proceed in whatever manner the Court deems appropriate.

Respectfully,

Ian Connor Bifferato

ICB/jmr
cc:   Monica Mosley (via fax: 302-573-6451)
      Frederick B. Rosner, Esquire (via fax: 302-351-8010)
      David M. Fournier, Esqurie (via fax: 302-421-8390)
      Neal Rosenbloom, Esquire (via fax: 212-422-6836)
      James E. O'Neill, III, Esqurie (via fax: 302-652-4400)
      Beauchamp M. Patterson, Esquire (via fax: 405-235-0439)
      Laurence M. Huffman, Esquire (via fax: 405-235-0439)