

Since 1946

# JASPAN SCHLESINGER HOFFMAN LLP
### ATTORNEYS AT LAW

1946 – 2006

**60**

YEARS OF EXCELLENCE

Frederick B. Rosner
frosner@jshllp-de.com
(302) 351-8005

913 MARKET STREET, 12TH FLOOR
WILMINGTON, DE 19801
TELEPHONE 302-351-8000 • FAX 302-351-8010

GARDEN CITY OFFICE
300 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
TELEPHONE 516-746-8000
FAX 516-393-8282

January 12, 2006

**VIA E-FILE AND HAND DELIVERY**
The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, Delaware 19801

Re:   **Selby's Market, Inc. v. PCT - Civil Action No.: 05-749**

Dear Chief Judge Robinson:

Our office represents Selby's Market, Inc., the appellant in the above-referenced appeal. I write to request that the above-referenced appeal be removed from the Court's mediation process, be restored to the Court's calendar, and that the normal briefing schedule be resumed.

We received a copy of a letter dated January 6, 2006 from Conner Bifferato, Esquire, the mediator appointed in this case, indicating that counsel for the Appellee, PCT, agrees with our position that this matter cannot be resolved through mediation. This appeal involves a question of law that is not capable of resolution through compromise.

Accordingly, we respectfully request that the Court resume the normal briefing schedule for this appeal in accordance with Rule 8009 of the Bankruptcy Rules.

Respectfully submitted,

Frederick B. Rosner (DE 3995)

Sarit Shmulevitz (SS 8670)

cc:   Ian Connor Bifferato, Esquire (by fax)
      David Fournier, Esquire (by fax)
      James O'Neill, III, Esquire (by fax)
      Beauchamp Patterson, esquire (by fax)
      Laurence M. Huffman, Esquire (by fax)