IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>FLEMING COMPANIES, INC.,<br>et al.,<br><br>        Debtors. | ) Chapter 11<br>) Bk. No. 03-10945(MFW)<br>) Jointly Administered<br>)<br>) |
| SELBY'S MARKET, INC.,<br><br>        Appellant,<br><br>   v.<br><br>PCT,<br><br>        Appellee. | )<br>)<br>)<br>)<br>) Civ. No. 05-749-SLR<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 18th day of January, 2006, having reviewed the letters submitted by the parties requesting this case not be subject to the court's mediation process (D.I. 8, 9);

IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Because the parties have represented to the court that the appeal involves solely a question of law, the parties shall file a stipulated statement of facts on or before **February 17, 2006**. If the parties are unable to do so, the appeal shall go through the mediation process or shall be dismissed.

2. Appellant's brief in support of its appeal is due on or before **February 17, 2006**.

3. Appellee's brief in opposition to the appeal is due

on or before **March 17, 2006**.

    4.   Appellant's reply brief is due on or before **March 31, 2006**.

                                                      _____
                                                    United States District Judge