# EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fleming Companies, Inc., et al.,[1] | ) | Case No. 03-10945 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related Docket No. 9712 |
| | ) | |

## ORDER APPROVING STIPULATION RESOLVING MOTION OF SELBY'S MARKET, INC. FOR AN ORDER CLEARING UP THE RECORD AND GRANTING DEBTORS' MOTION TO REJECT EXECUTORY CONTRACTS RELATING TO WHOLESALE DISTRIBUTION BUSINESS AND FOR RELATED RELIEF

Upon consideration of the *Stipulation Resolving Motion Of Selby's Market, Inc. For An Order Clearing Up The Record And Granting Debtors' Motion To Reject Executory Contracts Relating To Wholesale Distribution Business And For Related Relief* (the "Stipulation") attached hereto as Exhibit A, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation, and all of its terms, are approved and ordered to have the force and effect of an order of this Court.

Dated: Nov. 15, 2004

The Honorable Mary F. Walrath
Chief United States Bankruptcy Court Judge

---

[1] The Debtors were: Core-Mark International, Inc.; Fleming Companies, Inc.; ABCO Food Group, Inc.; ABCO Markets, Inc.; ABCO Realty Corp.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; Dunigan Fuels, Inc.; Favar Concepts, Ltd.; Fleming Foods Management Co., L.L.C., Fleming Foods of Texas, L.P.; Fleming International, Ltd.; Fleming Retail Holdings, Inc., f/k/a Rainbow Foods, Inc.; Fleming Supermarkets of Florida, Inc.; Fleming Transportation Service, Inc.; Food 4 Less Beverage Company, Inc.; Fuelserv, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; Minter-Weisman Co.; Piggly Wiggly Company; Progressive Realty, Inc.; Retail Investments, Inc.; Retail Supermarkets, Inc.; RFS Marketing Services, Inc.; and Richmar Foods, Inc.

**EXHIBIT A**

Nov-05-04 16:21    From-                                         T-448  P.02  F-274

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FLEMING COMPANIES, INC., et al.,[1] ) | Case No. 03-10945 (MFW) |
| ) | |
| Debtors ) | (Jointly Administered) |
| ) | |

### STIPULATION RESOLVING MOTION OF SELBY'S MARKET, INC. FOR AN ORDER CLEARING UP THE RECORD AND GRANTING DEBTORS' MOTION TO REJECT EXECUTORY CONTRACTS RELATING TO WHOLESALE DISTRIBUTION BUSINESS AND FOR RELATED RELIEF

This *Stipulation Resolving Motion Of Selby's Market, Inc. For An Order Clearing Up The Record And Granting Debtors' Motion To Reject Executory Contracts Relating To Wholesale Distribution Business And For Related Relief* (the "Stipulation") is entered into by and among the PCT[2] and Selby's Market, Inc. ("Selby's", and together with the PCT, the "Parties").

---

[1] The Debtors were: Core-Mark International, Inc.; Fleming Companies, Inc.; ABCO Food Group, Inc.; ABCO Markets, Inc.; ABCO Realty Corp.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; Dunigan Fuels, Inc.; Favar Concepts, Ltd.; Fleming Foods Management Co., L.L.C., Fleming Foods of Texas, L.P.; Fleming International, Ltd.; Fleming Retail Holdings, Inc., f/k/a Rainbow Foods, Inc.; Fleming Supermarkets of Florida, Inc.; Fleming Transportation Service, Inc.; Food 4 Less Beverage Company, Inc.; Fuelserv, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; Minter-Weisman Co.; Piggly Wiggly Company; Progressive Realty, Inc.; Retail Investments, Inc.; Retail Supermarkets, Inc.; RFS Marketing Services, Inc.; and Richmar Foods, Inc.

[2] The PCT is the trust that was created pursuant to the *Debtors' and Official Committee of Unsecured Creditors' Third Amended and Revised Joint Plan of Reorganization of Fleming Companies, Inc. and Its Filing Subsidiaries Under Chapter 11 of the United States Bankruptcy Code* (the "Plan") and the PCT Agreement (as defined in the Plan) for the purposes of carrying out certain provisions of the Plan.

18197:63904905                                  1

## RECITALS

I. **Background**

A. On April 1, 2003 (the "Petition Date"), the above-captioned debtors (the "Debtors") filed their voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

B. On February 13, 2004, the Debtors filed a motion to reject over 1,100 leases and executory contracts, including certain FSA contracts between the Debtors and Selby's (the "Rejection Motion"). [Docket No. 6709].

C. Selby's did not object to the rejection of the FSA contracts.

D. On March 10, 2004, the Court entered an order granting the Rejection Motion, in part. As entered, the March 10, 2004 order did not include the Selby's FSA contracts. Since that time, no order has been entered reflecting the rejection of the Selby's FSA contracts.

E. On July 26, 2004 (the "Confirmation Date"), this court entered an Order (the "Confirmation Order") confirming the Debtors' and Official Committee of Unsecured Creditors' Third Amended and Revised Joint Plan of Reorganization of Fleming Companies, Inc. and its Filing Subsidiaries under Chapter 11 of the United States Bankruptcy Code (the "Plan"). Pursuant to Article VIII(A) of the Plan, all executory contracts and unexpired leases that had not yet been assumed -- other than those subject to a pending assumption or rejection motion -- were deemed rejected.

F. The Plan became effective on August 23, 2004 (the "Effective Date"). Pursuant to the Plan, the PCT has the authority to enter into this Stipulation. See Plan at Article X.A.

G. On October 25, 2004, Selby's filed the *Motion Of Selby's Market, Inc. For An Order Clearing Up The Record And Granting Debtors' Motion To Reject Executory Contracts*

*Relating To Wholesale Distribution Business And For Related Relief* (the "Motion") seeking a Court order affirming the Debtors' rejection of the FSA contracts.

H.  As a result of discussions between counsel to the PCT and counsel to Selby's, the Parties have agreed that the Selby's FSA contracts shall be deemed rejected as of March 10, 2004.

## STIPULATION

NOW, THEREFORE, the Parties hereto stipulate and agree as follows:

1. The executory contracts between Selby's and the Debtors, known as contracts 2437 and 5216, are deemed rejected as of March 10, 2004.

2. Selby's shall have until thirty (30) days after entry of an order approving this stipulation (the "Order") to file a rejection proof of claim with the PCT's notice and claims agent, Bankruptcy Management Corporation ("BMC"), or forever be barred from asserting the same. Such proof of claim must be delivered so that it is actually received by BMC on or before the thirtieth day after entry of this the Order.

3. This Stipulation fully resolves the Motion.

4. This Stipulation may be executed in any number of counterparts and by different Parties to the Stipulation on separate counterparts, each of which, when so executed, shall be deemed an original, but such counterparts shall constitute one and the same agreement. Any signature delivered by a Party by a facsimile transmission shall be deemed an original signature hereto. This Stipulation shall be effective upon execution by all Parties.

5. This Stipulation shall be binding upon and inure to the benefit of the successors and assigns of any of the Parties, including any Chapter 11 or Chapter 7 trustee appointed in the chapter 11 case.

Nov-05-04  18:22   From-                                                                              T-448  P.06/06  F-274

6. Modifications of this Stipulation may be made only if such modifications are in writing and signed by each of the Parties hereto.

7. The Parties represent to each other that they have authority to act in connection with this Stipulation and will be bound by the terms of this Stipulation.

8. Each Party represents and warrants to the other Parties that this Stipulation was executed freely and voluntarily, that no promises or representations that are not contained in this Stipulation have been made to induce them to execute this Stipulation and that they have not relied on any promise or representation except as set forth herein, and that they have conducted their own independent investigation of all matters they deem relevant regarding this Stipulation.

9. This Stipulation constitutes the entire agreement between the Parties relating to the subject matter hereof, notwithstanding any previous negotiations or agreements, oral or written, between the Parties with respect to all or any part of the subject matter hereof. All prior or contemporaneous agreements, understandings, representations and statements, oral or written, with respect to all or any part of the subject matter of this Stipulation are superceded by this Stipulation and shall be of no further force or effect.

10. The Parties have each cooperated in drafting this Stipulation. Therefore, in any action or proceeding concerning this Stipulation, the provisions hereof shall be construed against any of the Parties.

11. This Stipulation shall be governed by and construed and enforced under and in accordance with the internal laws of the State of Delaware, without giving effect to the conflicts of laws provisions of such state.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

Nov-05-04 18:22  From-                                                      T-449  P.08/08  F-274

Dated: 11/5/04

| FINKEL, GOLDSTEIN, ROSENBLOOM & NASH, LLP | KIRKLAND & ELLIS LLP |
|---|---|
| /s/ Neal Rosenbloom | /s/ Erin N Brady |
| Neal Rosenbloom | James H. M. Sprayregen, P.C. (ARDC No. 6190206) |
| 26 Broadway | Richard L. Wynne (CA Bar No. 120349) |
| New York, New York 10004 | Shirley S. Cho (CA Bar No. 192616) |
| Telephone: (212) 344-2929 | Erin N. Brady (CA Bar No. 215038) |
| Facsimile: (212) 422-6836 | 777 South Figueroa Street |
| | Los Angeles, CA 90017 |
| | Telephone: (213) 680-8400 |
| | Facsimile: (213) 680-8500 |

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.
Scotta E. McFarland (Bar No. 4184)
919 North Market Street, 16th Floor
Post Office Box 8705
Wilmington, Delaware 19899-8705
(Courier No. 19801)
(302) 652-4100 (Telephone)
(312) 652-4400 (Facsimile)

and

PEPPER HAMILTON LLP
I. William Cohen (P12016)
Robert S. Hertzberg (P30216)
Julie M. Skidmore (P64982)
100 Renaissance Center, 36th Floor
Detroit, Michigan 48243
Telephone: (313) 259-7110
Facsimile: (313) 259-7926

Counsel to Selby's Market, Inc.          Co-Counsel for the Post-Confirmation Trust

18197:63904490.5                             5