# EXHIBIT "C"

Nov 18 04 11:25a    Barkley&Kennedy,Chtd.    301-762-2606    p.5



# American Arbitration Association

_____Commercial_____    ARBITRATION RULES*
(Enter the name of the applicable rules)

To institute proceedings, lease send two copies of this demand *and the arbitration agreement,* with the filing fee as provided in the rules, to the A.A.A. Send the original demand to the respondent.

## DEMAND FOR ARBITRATION

DATE: October 11, 2004

To:  Name    Selby's Market, Inc.

Address    19610 Fisher Avenue, Attn: Roy Selby

(of the Party on Whom the Demand Is Made)

City, State    Poolesville, Maryland                        ZIP Code    20837
Telephone  (    )                        Fax  (    )

Name of Representative    Neal M. Rosenbloom, Esq.
(if known)

Representative's Address    26 Broadway
Name of Firm (if Applicable)    Finkel Goldstein Berzow Rosenbloom & Nash, LLP
City and State    New York, NY    ZIP Code    10004
Telephone    (212) 344-2929    Fax    (212) 422-6836

The below named claimant, a party to an arbitration agreement contained in a written contract dated March 1, 1996 and providing for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration thereunder.

THE NATURE OF THE DISPUTE: COLLECTION OF ACCOUNTS RECEIVABLE

THE CLAIM OR RELIEF SOUGHT (the Amount, if Any): $1,132,258.75

TYPES OF BUSINESS: Claimant    Grocery Wholesale    Respondent    Grocery Retail
HEARING LOCALE REQUESTED:    York, PA
(City and State)

DOES THE DISPUTE ARISE OUT OF AN EMPLOYMENT RELATIONSHIP? ☐ YES  ☒ NO

You are hereby notified that copies of our arbitration agreement and this demand are being filed with the American Arbitration Association at its Northeast case management center with a request that it commence administration of the arbitration. Under the rules, you may file an answering statement, within the time frame specified in the rules, after notice from the administrator.

Signed _____    Title    Attorneys for Claimaint
(May be Signed by a Representative)

Name of Claimant    The Post Confirmation Trust for Fleming Companies, Inc. and its Filing Subsidiaries ("PCT")
Address (to Be Used in Connection with This Case)    10th Floor, 2 Leadership Square, 211 N. Robinson
Name of Firm (if Applicable)    McAfee & Taft A Professional Corporation
City and State    Oklahoma City, Ok    ZIP Code    73102-7103
Telephone    (405) 235-9621    Fax    (405) 235-0439

Name of Representative    Laurence M. Huffman, Esq./ Beauchamp M. Patterson, Esq.
Representative's Address    10th Floor, 2 Leadership Square, 211 N. Robinson
City and State    Oklahoma City, Ok    ZIP Code    73102-7103
Telephone    (405) 235-9621    Fax    (405) 235-0439

☐ MEDIATION is a nonbinding process. The mediator assists the parties in working out a solution that is acceptable to them. If you wish for the AAA to contact the other parties to ascertain whether they wish to mediate this matter, please check this box or list them on the back (there is no additional administrative fee for this service).

*If you have a question about which rules apply or the address of the nearest case management center, please contact the AAA (1-800-778-7879)

Form G2-5/99

)                                                 )

## BEFORE THE AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| THE POST CONFIRMATION FOR FLEMING COMPANIES, INC., | ) ) ) |
| Claimant, | ) Case No. _____ |
| | ) |
| v. | ) ) |
| SELBY'S MARKET, INC., a Maryland corporation, | ) ) |
| Respondent. | ) |

### STATEMENT OF CLAIM

Claimant, The Post Confirmation Trust for Fleming Companies, Inc. ("PCT"), for its claim against Respondent Selby's Market, Inc. (the "Retailer"), alleges and states as follows:

1    Parties.  PCT is the surviving entity of a Chapter 11 reorganization of Fleming Companies, Inc. which was commenced April 1, 2003 and which concluded August 23, 2004. PCT owns all the rights and interests previously owned by Fleming Companies, Inc.  Fleming Companies, Inc. was a wholesaler serving the grocery industry.  The Retailer is a grocery seller organized under the laws of the State of Maryland with its principal place of business in Poolesville, Maryland.  For purposes of this Arbitration, Claimant will be referred to as "PCT". The parties are subject to a Supply Agreement (the "Agreement") which is described below and attached as Exhibit A.

2.    The Supply Agreement.  As part of the relationship between PCT and Retailer, the parties entered into a Supply Agreement dated March 1, 1996.  The Agreement provids for arbitration of all disputes between PCT and the Retailer relating to the Agreement, in accordance with the Commercial Arbitration Rules of the American Arbitration Association.

3.    Default.  The Retailer is in default of its obligations to PCT under the Agreement in the following respects:

a.    The Retailer has a past due trade account balance in the amount of $1,132,258.75 which is due and payable;

b.    On September 19, 2003, and February 2, 2004, PCT sent Retailer written demands requesting payment of all past due trade accounts in full;

1455358_1.DOC

)                                          )

     c.  Retailer has failed to pay the stated past due trade account balance.

4.  <u>PCT's Remedies</u>.

     a.  PCT is entitled to an award against the Retailer in the amount of $1,132,258.75 for all past due trade account balances;

     b.  PCT is entitled to interest and penalties as allowed under the Supply Agreement.

WHEREFORE, PCT respectfully prays for entry of an arbitration award against Retailer for the relief requested and specified above, together with fifty percent of the expenses of arbitration and arbitrators' fees.

Dated this _12th_ day of October, 2004

Laurence M. Huffman, Esq.
Beauchamp M. Patterson, Esq.
McAfee & Taft
A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
Telephone:     (405) 235-9621
Facsimile:      (405) 235-0439

ATTORNEYS FOR CLAIMANT

1455388_1.DOC

2

## CERTIFICATE OF SERVICE

I hereby certify that on this /2th day of October, 2004 a true and correct copy of the following was mailed via certified mail, return receipt requested, to the following recipients.

American Arbitration Association
Northeast Case Management Center
950 Warren Ave.
East Providence, RI 02914

Neal M. Rosenbloom, Esq.
Finkel Goldstein Berzow Rosenbloom & Nash LLP
26 Broadway
New York, NY 10004

ATTORNEYS FOR RESPONDENT

Selby's Market, Inc.
Attn: Mr. Roy Selby
19610 Fisher Avenue
Poolesville, MD 20837

RESPONDENT

3