IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: Fleming Companies, Inc. et al | Bankruptcy Case No. 03-10945 |
| Selby's Market Inc.<br><br>        Appellant<br>  v.<br>PCT<br><br>        Appellee | Civil Action No. 05-749 |

## NOTICE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 6th day of February, 2006, I served one copy of the *Agreed Statement of Facts* upon the parties listed below by First Class Mail, postage prepaid:

Laurence M. Huffman, Esq.
Beauchamp M. Patterson, Esq. McAFEE & TAFT, P.C.
211 N. Robinson
10th Floor, Two Leadership Square
Oklahoma City, OK 73102

Neal M. Rosenbloom, Esq. (NMR-5465)
Sarit R. Shmulevitz, Esq. (SS-8670)
FINKEL GOLDSTEIN ROSENBLOOM & NASH, LLP
26 Broadway, Suite 711
New York, NY 10004

James E. O'Neill (#4042)
PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB P.C.
919 N. Market Street, 16th Floor
Wilmington, DE 19801

JASPAN SCHLESINGER HOFFMAN LLP

/s/ Frederick B. Rosner
Frederick B. Rosner (#3995)
913 Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000
Local Counsel to Selby's Market, Inc.

16661