IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE: Fleming Companies, Inc., et al., [1]

| | | |
|---|---|---|
| Selby's Market, Inc. | ) | Civil Action No. 05-749 (SLR) |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PCT, | ) | Bankruptcy Case No. 03-10945 |
| | ) | |
| Appellee. | ) | |

I, James E. O'Neill, hereby certify that on the 17th day of March, 2006, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**APPELLEE'S BRIEF IN OPPOSITION TO APPELLANT'S OPENING BRIEF**

*/s/ James E. O'Neill*
James E. O'Neill (DE Bar No. 4042)

---

[1] The former Debtors whose cases are still open are: Core-Mark International, Inc.; Fleming Companies, Inc.; ASI Office Automation, Inc.; C/M Products, Inc.; Core-Mark Interrelated Companies, Inc.; Core-Mark Mid-Continent, Inc.; General Acceptance Corporation; Head Distributing Company; Marquise Ventures Company, Inc.; and Minter-Weisman Co.

DOCS_DE:116390.1

Fleming v. Selby's Market Appeal
Doc. # 113444
001 – Hand Delivery
002 – First Class Mail


*Hand Delivery*
(Counsel to Selby's Market, Inc.)
Frederick Brian Rosner, Esquire
Jaspen Schlesinger Hoffman
1201 North Orange Street
Suite 1001
Wilmington, DE 19801

*First Class Mail*
(Counsel to Selby's Market, Inc.)
Neal M. Rosenbloom, Esquire
Finkel Goldstein Berzow
Rosenbloom & Nash, LLP
26 Broadway
Suite 711
New York, NY  10004

*First Class Mail*
Laurence M. Huffman, Esquire
Beauchamp M. Patterson, Esquire
McAfee & Taft
10th Floor, Two Leadership Square
211 North robinson
Oklanoma City, OK 73102-7103

28587-001\DOCS_DE:113444.1