**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: Fleming Companies, Inc. et al | : | |
| | : | |
| Selby's Market Inc. | : | |
| Appellant | : | Civil Action No. 05-749 (SLR) |
| v. | : | |
| PCT | : | |
| Appellee | : | Bankruptcy Case No. 03-10945 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Selby's Market Inc. hereby appears in the above-captioned cases by its counsel, as set forth below, and enters its appearance pursuant to Rule 9010 of the Federal Rules of Bankruptcy (the "Bankruptcy Rules"), the undersigned hereby appears as counsel for SELBY'S MARKET INC., the appellant in the above-captioned appeal.

Laurie Schenker Polleck, Esq. (No. 4300)
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone No.: 302-351-8000
Facsimile No.: 302-351-8010
E-mail: lpolleck@jshllp-de.com

**PLEASE TAKE FURTHER NOTICE THAT** Laurie Schenker Polleck replaces Frederick Brian Rosner (No. 3995) as the Attorney of Record in Civil Action No. 05-00749.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Bankruptcy Code and the Local Rules of this Court, the undersigned hereby requests that all notices given, or required to be given in this case, and all papers served, or required to be served in this case, be given to and served upon the following at the offices, facsimile numbers, and e-mail addresses as follows:

> Neal M. Rosenbloom, Esquire
> Sarit R. Shmulevitz, Esquire
> FINKEL GOLDSTEIN
> ROSENBLOOM & NASH, LLP
> 26 Broadway, Suite 711
> New York, NY 10004
> Telephone: (212) 344-2929
> Facsimile: (212) 422-6836

**PLEASE TAKE FUTHER NOTICE,** that pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court, the foregoing request also includes, without limitation, any notice, application, proposed order, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may effect or seek to effect any rights or interests of any party in interest herein.  <u>Please add the foregoing to such mailing matrix as may be used for all purposed in this appeal.</u>

Dated:   March 31, 2006

**JASPAN SCHLESINGER HOFFMAN LLP**

By:    */s/  Laurie Schenker Polleck*
       Laurie Schenker Polleck, Esq. (No. 4300)
       913 N. Market Street, 12th Floor
       Wilmington, DE 19801
       Telephone:  (302) 351-8000
       Facsimile:   (302) 351-8010
       E-mail:  lpolleck@jshllp-de.com

       Delaware Counsel to Selby's Market Inc.