# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: Fleming Companies, Inc. et al | Bankruptcy Case No. 03-10945 |
| Selby's Market Inc.<br><br>      Appellant<br>v.<br>PCT<br><br>      Appellee | Civil Action No. 05-749 (SLR) |

## CERTIFICATE OF SERVICE

    I, Laurie Schenker Polleck, hereby certify that on the 31st day of March 2006, I served one copy of the following pleading:

    1.    *Notice of Appearance;*

upon the parties listed on the attached service list, in the manner indicated.

Dated: March 31, 2006
      Wilmington, Delaware

**JASPAN SCHLESINGER HOFFMAN LLP**

By: /s/ Laurie Schenker Polleck
 Laurie Schenker Polleck (No. 4330)
 913 Market Street, 12th Floor
Wilmington, DE 19801

Attorney for Selby's Markets Inc.

**First Class Mail**
Frederick B. Rosner, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

**First Class Mail**
Laurence M. Huffman, Esq.
Beauchamp M. Patterson, Esq.
McAFEE &TAFT, P.C.
211 N. Robinson
10th Floor, Two Leadership Square
Oklahoma City, OK 73102

**First Class Mail**
Neal M. Rosenbloom, Esq. (NMR-5465)
Sarit R. Shmulevitz, Esq. (SS-8670)
FINKEL GOLDSTEIN ROSENBLOOM & NASH, LLP
26 Broadway, Suite 711
New York, NY 10004

**First Class Mail**
James E. O'Neill
PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB P.C.
919 N. Market Street, 17th Floor
Wilmington, DE 19801