IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: Fleming Companies, Inc. et al | : <br> : <br> : Bankruptcy Case No. 03-10945 <br> : <br> : |
| Selby's Market Inc. <br><br>            Appellant <br>      v. <br> PCT <br><br>            Appellee | : <br> : <br> : <br> : Civil Action No. 05-749 (SLR) <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF SERVICE

I, Laurie Schenker Polleck, hereby certify that on this 31st day of March 2006, I served one copy of the *Appellant's Reply Brief* upon the parties listed below by First Class Mail, postage prepaid:

Laurence M. Huffman, Esq.  
Beauchamp M. Patterson, Esq.  
McAFEE &TAFT, P.C.  
211 N. Robinson  
10th Floor, Two Leadership Square  
Oklahoma City, OK 73102  

Neal M. Rosenbloom, Esq. (NMR-5465)  
Sarit R. Shmulevitz, Esq. (SS-8670)  
FINKEL GOLDSTEIN ROSENBLOOM & NASH, LLP  
26 Broadway, Suite 711  
New York, NY 10004  

James E. O'Neill (#4042)  
PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB P.C.  
919 N. Market Street, 17th Floor  
Wilmington, DE 19801  

**JASPAN SCHLESINGER HOFFMAN LLP**

/s/ Laurie Schenker Polleck  
Laurie Schenker Polleck (#4330)  
913 Market Street, 12th Floor  
Wilmington, DE 19801  
(302) 351-8000  
Local Counsel to Selby's Market, Inc.

17070.1